# Exhibit A

**Int. Cl.: 5**

**Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52**

**United States Patent and Trademark Office**

Reg. No. 3,666,757

Registered Aug. 11, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# DESIGNS FOR HEALTH

DESIGNS FOR HEALTH, INC. (CONNECTICUT CORPORATION)
2 NORTH ROAD
EAST WINDSOR, CT 06088

FOR: DIETARY SUPPLEMENTS FOR HUMAN CONSUMPTION, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 12-30-1997; IN COMMERCE 12-30-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,699,973.

SER. NO. 77-679,645, FILED 2-27-2009.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

# Exhibit B







### DFH Select™

Online eCommerce Solution
An exclusive membership program that gives your patients more convenient options for ordering their supplements online.



### Research and Education

At Designs for Health, we believe in supporting the health care professionals who count on us for effective nutritional



### Professional Products

Designs for Health is unmatched in its ability to develop highly effective synergistic formulations.

## About Designs for Health



COMPANY VIDEO

Designs for Health is a professional brand, offered exclusively to health care professionals and their patients through referral. By providing comprehensive support through our extensive line of nutritional products, our research and education division, and our practice development services, we are able to maximize the potential for successful clinical health outcomes.

read more >>





### Shop Online

Returning Patients and Health Care Practitioners





### Professional Registration



### Patient Registration



Please join us in our efforts to create lasting change in the natural health industry!
Designs for Health Supports ANH-USA!

### Have a Question?

Type your question here

B

→ A Refresher on Mighty Zinc – Part 1

## Upcoming Events

- → It's Not All in Your Head
- → Limes Should Make You Happy (after all, rearrang...
- → An Overview of UTIs
- → 'Plum' Crazy
- → Cookware Beware
- → L-Theanine: The Calm Without the Storm
- → Picky Eating in Childhood
- → I'll Have a Large Salad, Please
- → Natural Ways to Boost Testosterone

read more >>

### Clinically Effective GI Treatments: Utilizing the GI-MAP Test

**Featuring:** Daniel Kalish, D.C.

**Place and Date:** Columbus, Sep 17, 2016

learn more >>

### Global Pain, Fatigue and the Minding of Your Mitochondria

**Featuring:** David M. Brady, ND, DC, CCN, DACBN and Todd LePine, MD

**Place and Date:** Houston, TX, Oct 1,2016

learn more >>

### The Forgotten Role of Micronutrients in Addressing Gastrointestinal Dysfunction

**Featuring:** Arland Hill, DC, MPH, DACBN

**Place and Date:** Denver, CO, Oct 8,2016

learn more >>

### An Integrative Approach to Metabolic Syndrome, PCOS, and Autoimmune Diseases

**Featuring:** Rebecca Murray, APRN, FNP, CDE

**Place and Date:** Orlando, FL, DC, Nov 05,2016

learn more >>

### CASI 2017

**Place and Date:** Grand Hyatt San Francisco , March 17 & 18, 2017

learn more >>



Library
Partner Login

Policies
Proposition 65 WARNING

Professional Products
What's New
Medical Foods
Product Category Index

Quality & Manufacturing
Quality and Efficacy
Warehousing & Fulfillment
Manufacturing

Research & Education
Events
FXMED Podcast
Nutrient Roundtable
Educational Webinars
CASI Talks

Need Help?
Customer Service
Call **1.800.847.8302**

IT Help Desk
Call **(860)804-4800**

Submit your question/comment
for a member of our team



About Us | Blog | Privacy Policy | Copyright Policy & Disclaimer | Sitemap
Copyright © Designs for Health 2016

Have a Question?

Type your question here

# Exhibit C

**RxDFHend Agreement**

THIS RxDFHend AGREEMENT (the "Agreement") is made and entered into as of the ____ day of
_____, 201__, ("Effective Date"), by and between Designs for Health, Inc. ("DFH"), a Florida
corporation, having an address of 980 South Street, Suffield, CT 06078, and _____
("QHP"), an individual, having an address of
_____.

      **WHEREAS**, DFH is a producer and seller of professional lines of nutraceutical and natural
health products, including, without limitation, those marketed under the Designs for Health® and
SitoPharma® brand names (the "Products"), which are available for sale to consumers through health
care professionals; and

      **WHEREAS**, QHP desires to purchase Products from DFH and DFH desires to sell Products to
QHP for the benefit of QHP's health care practice, patients or clients on the terms set forth herein;

**NOW, THEREFORE**, for good and valuable consideration, the receipt and adequacy of which is hereby
acknowledged, the parties hereby agree, as follows:

    **1.**  **Purchase and Supply**. This Agreement shall govern QHP's establishment and maintenance of an
account with DFH for the purpose of placing orders to purchase Products ("Account"). Subject to the
terms and conditions of this Agreement, DFH will sell to QHP, and QHP shall purchase from DFH, the
Products in such quantities and at such times as ordered by QHP during the Term (defined below). This
Agreement does not obligate QHP to order any Product, nor does it obligate DFH to provide all of QHP's
order requirements. All orders are subject to acceptance by DFH and to DFH's right of repurchase as set
forth in Section 7(c) of this Agreement.

    **2.**  **QHP'S Qualifications**.  QHP must have credentials as a health care practitioner in order to
establish and maintain an Account.  The sufficiency of a QHP's credentials shall be determined by DFH
in its sole and absolute discretion.  QHP shall immediately notify DFH of the loss of any credential
submitted to DFH when QHP applied to open the Account.   As a health care professional, QHP agrees to
sell and administer the Products strictly in accordance with all applicable laws and regulatory
requirements, and in accordance with the applicable medical standard of care.

    **3.**  **Authorized Users**. Only QHP's and his or her employees are eligible to access and use the
Account ("Authorized Users"). QHP agrees that it shall not share its Account nor permit its use by any
person except for Authorized Users. QHP is responsible for all orders placed on the Account, whether by
Authorized Users or others, and for compliance by all such persons with the terms of this Agreement.
QHP will use reasonable commercial efforts to prevent unauthorized use of the Account and will
promptly notify DFH, in writing, if QHP knows or suspects that its Account has been used by anyone
other than Authorized Users.  QHP agrees to assist DFH in identifying unauthorized users of the Account
and in taking corrective actions that DFH deems appropriate in its sole and exclusive discretion.

    **4.**  **QHP's Responsibilities**.

    (a)  <u>Resale Only to End Users</u>.  QHP represents, warrants and agrees that QHP will sell or provide
Products only to end users of the Products who are under QHP's care, and will not supply Products to
distributors or resellers.   If QHP supplies Products to a distributor or reseller in violation of the
foregoing, sales by such reseller or distributor shall be attributed to and treated as if made by QHP for
purposes of calculating Liquidated Damages set forth in Section 6(c) below.

(b) <u>Internet Sales Restrictions</u>.  QHP represents, warrants and agrees that it shall not list, offer for sale, sell or distribute any Products via any website, except for online sales through patient dispensary platforms made available to QHP by DFH, without the prior written consent of DFH, which consent may be granted, withheld or conditioned at DFH's sole discretion.

(c) <u>No Internet Advertising</u>.  QHP agrees that it will not advertise Products on the Internet outside of QHP's own website, including banner advertisements, pop-up advertisements and sponsored searches (e.g., Google AdWords, Yahoo! Search Marketing, and Bing Search Marketing).

(d) <u>Domestic Sales Only</u>.  QHP will not sell any Product outside the United States.

(e) <u>Pharmacy Sales</u>.  If QHP is a licensed pharmacist, QHP agrees to keep all Products behind the counter and out of the customers' view, unless QHP first obtains the prior written consent of DFH to display Products otherwise, which consent may be granted, withheld or conditioned at DFH's sole discretion.

(f) <u>No Off-Label Claims</u>.  QHP shall not make any false or misleading representations regarding the Products nor make any representations or warranties with respect to the Products that are not contained within or consistent with DFH's patient literature describing the Products.

(g) <u>Adverse Events</u>.  QHP agrees to promptly notify DFH of any complaint or adverse claim about any Product or its use of which QHP becomes aware and to provide reasonable assistance in the investigation of any such complaint or claim.

(h) <u>Restricted Products; Indemnification</u>.  Some Products shipped to QHP at an address outside the State of California may be marked with the words, "Not for sale in California" or words of similar import ("Restricted Products").  QHP acknowledges and agrees that Restricted Products, if sold in California, would require a warning under California's Safe Drinking Water and Toxic Enforcement Act of 1986 (hereinafter referred to as the "Act").  QHP acknowledges and agrees that it would not be practicable for DFH to pre-label Restricted Products which are shipped to a non-California address with the required warning in that a substantial amount of its sales of such Restricted Products would be to end users outside California.  QHP further acknowledges that QHP will be in a better position to know which Restricted Products, if any, it will sell in California.  Accordingly, QHP agrees that it will not sell any Restricted Products to end users in California unless it provides a warning that complies with the requirements of the Act.  Any Restricted Products sent to QHP at a shipping address in the State of California will be pre-labeled with an appropriate warning under the Act and QHP agrees not to remove or alter any such warning on any Product if such Restricted Product is sold in California.  A QHP who sells DFH products in violation of the foregoing agrees to indemnify and hold DFH harmless for any claims, liability or costs related to any sales made by QHP which do not comply with the Act, including reasonable attorneys' fees and other court costs.  A complete list of Restricted Products is available from DFH Customer Service (860-623-6314).

**5. Term; Termination**. (a) <u>Term</u>. Unless sooner terminated as provided herein, this Agreement shall commence on the Effective Date and continue in full force and effect for a period of one (1) year ("Term") and shall automatically renew for additional terms of one (1) year unless written notice is provided by the terminating party to the other party at least 30 days prior to the anniversary of the Effective Date.

(b) <u>Voluntary Termination</u>. Either party may voluntarily terminate this Agreement at any time and for any reason upon written notice to the other party.

2

(c) <u>Termination Due to Breach</u>.  DFH may terminate this Agreement immediately by written notice to QHP upon QHP's breach of any material term of this Agreement. If this Agreement is terminated by DFH due to QHP's breach, at DFH's election, QHP will permit DFH to repurchase all Products QHP has on hand within fourteen (14) days of notice of termination, with the cost of shipping paid by QHP. The repurchase price paid by DFH shall be the original price actually paid by QHP less a 20% restocking fee. DFH shall inform QHP in its notice of termination whether it elects to repurchase any Product and shall pay for the repurchase within 30 days of receipt of the Product.

(d) <u>Consequence of Termination</u>.  Upon termination of this Agreement, in addition to any rights or remedies that either party may have under this Agreement, in law or in equity, QHP shall no longer be permitted to purchase any Products.

**6.  Remedies**.

(a) <u>General</u>. Any failure to comply with this Agreement shall be a material breach and will result in termination of this Agreement and of QHP's right to purchase Products.  Further, DFH shall be entitled to pursue any and all other remedies provided herein or available at law or in equity.

(b) <u>Injunctive Relief</u>. QHP acknowledges that its breach of this Agreement will irreparably harm DFH's brand reputation and goodwill as a professional line of nutraceutical products, and that the harm caused may not be susceptible to measurement of money damages alone. Accordingly, DFH will have the right to obtain an injunction or other equitable relief to prevent a breach or threatened breach of this Agreement, without the necessity of posting a bond or other security.

(c) <u>Liquidated Damages</u>.  QHP acknowledges that the terms of this Agreement are necessary and proper in order to protect DFH's brand reputation and goodwill as a professional line of nutraceutical products.  The Parties acknowledge and agree that if QHP fails to strictly comply with the terms of this Agreement, DFH will be damaged and that the amount of damage to DFH will be difficult or impossible to determine. Therefore, QHP agrees to pay the amount of liquidated damages set forth below in subsection (d) of this Section 6 (the "Liquidated Damages").  Liquidated Damages are intended to compensate DFH for its monetary damages resulting from QHP's breach of its obligations under Sections 3 and 4 of this Agreement.  The parties further intend to make advance provision for Liquidated Damages in order to avoid controversy, delay and expense in the event of any breach of QHP's obligations under Sections 3 and 4 hereof.  DFH may, but shall not be required, to invoice QHP for any Liquidated Damages assessment and may retain Liquidated Damages from any payment otherwise due to QHP. Payment or assessment of Liquidated Damages will not release QHP from any obligations under this Agreement.

(d) <u>Calculation</u>.  If QHP breaches its obligations under Sections 3 or 4 of this Agreement, then QHP will pay DFH Liquidated Damages in an amount equal to $200.00 for each separate breach for each day that any breach continues.  Each breach with respect to each Product shall be considered a separate breach for the purposes of this Section.  For example, if three Products are involved over a period of 10 days, then that would be considered 30 breaches subject to Liquidated Damages of $6,000.00. The Liquidated Damages are being estimated based on the various damages that DFH expects to suffer upon any breach of Sections 3 and 4 of the Agreement, including but not limited to lost sales and lost business; the infringement of DFH's trademarks and other intellectual property; the irreparable harm to DFH's business, customer relationships, goodwill and quality control procedures; and the costs of investigating any breaches.  The Liquidated Damages will constitute DFH's sole and exclusive monetary remedy for damages suffered as a result of QHP's breach of Sections 3 and 4 of this Agreement or that of any of its owners, employees, agents or subcontractors.  DFH has the right to recover, in addition to Liquidated Damages, any additional damages suffered as a result of QHP's breach of any of its other obligations

pursuant to this Agreement other than those set forth in Sections 3 and 4.   Nothing in this Section will preclude DFH from terminating this Agreement based on QHP's breach at any time after an infraction, or from seeking monetary or other damages if QHP fails to perform its obligations in a manner that conforms in all respects to the requirements of this Agreement. QHP expressly acknowledges and agrees that the Liquidated Damages described in this Section are not a penalty and are reasonably estimated in light of the anticipated or actual harm that would be caused by a breach and the difficulty or impossibility of proving the amount of loss and the difficulty or impossibility of otherwise providing an adequate remedy to DFH as a result of QHP's breach of Sections 3 and 4 of this Agreement.   Nothing in this Section shall limit or restrict DFH's right to injunctive relief under Section 6(b) with respect to any breach by QHP of Sections 3 or 4 hereof.

**7.   Indemnification**. QHP hereby agrees to hold harmless, defend and indemnify DFH and its affiliates and their respective members, officers, directors, employees, agents and insurers from and against any and all claims, demands, lawsuits, losses, damages, injuries (including personal injury, sickness, death or property damage), expenses (including attorney fees), and other liabilities of any kind or nature, whether sounding in contract, tort, strict liability or otherwise, brought by or resulting from claims by third Parties which are based upon or arising out of any actual or alleged (i) negligence or intentional misconduct of, or nonperformance or breach of this Agreement by, QHP or its employees, agents, contractors, subcontractors or consultants, or (ii) violation of applicable law by QHP or its employees, agents, contractors, subcontractors or consultants.

**8.   Disclaimer of Warranties**. DFH DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, NOT EXPRESSLY STATED IN THIS AGREEMENT, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**9.   Limitation on Liability** EXCEPT AS OTHERWISE PROVIDED HEREIN, NEITHER PARTY WILL BE LIABLE TO THE OTHER PARTY FOR ANY INDIRECT, CONSEQUENTIAL, SPECIAL, PUNITIVE, EXEMPLARY OR INCIDENTAL DAMAGES OF ANY KIND, HOWEVER CAUSED, ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE PRODUCTS TO BE PROVIDED UNDER THIS AGREEMENT, EVEN IF IT HAS BEEN ADVISED OF THE POSSIBILITY OF THOSE DAMAGES. DFH'S LIABILITY FOR MONEY DAMAGES, HOWEVER CAUSED, ARISING OUT OF OR RELATED TO THIS AGREEMENT OR THE PRODUCT TO BE PROVIDED UNDER THIS AGREEMENT WILL NOT EXCEED THE PRICE OF THE PRODUCTS AT ISSUE. THESE LIMITATIONS WILL APPLY REGARDLESS OF THE LEGAL THEORY OF LIABILITY, WHETHER UNDER CONTRACT, TORT (INCLUDING NEGLIGENCE AND STRICT LIABILITY), OR ANY OTHER THEORY WHATSOEVER.

**10.   Independent Contractors**.  The relationship between DFH and QHP is solely that of vendor and vendee.  Nothing in this Agreement creates any agency, joint venture, partnership, or other form of joint enterprise, employment or fiduciary relationship between the parties or an employee/employer relationship.  QHP is an independent contractor under this Agreement.  Neither party has any express or implied right or authority to assume or create any obligations on behalf of or in the name of the other party or to bind the other party to any contract, agreement, or undertaking with any third party.

**11.  No Franchise or Business Opportunity Agreement**.  The parties acknowledge and agree that this Agreement is not a franchise or business opportunity agreement and does not create a franchise or business opportunity relationship between the parties.  If any provision of this Agreement is deemed to create a franchise or business opportunity relationship between the parties, then DFH shall have the sole discretion to immediately terminate this Agreement or negotiate with QHP in good faith to modify this Agreement so as to effect the original intent of the parties as closely as possible in a mutually acceptable

manner in order that the transactions contemplated hereby be consummated as a reseller agreement and not a franchise or business opportunity agreement.

**12. Miscellaneous Provisions**.

(a) <u>Jurisdiction; Venue</u>. This Agreement shall be governed in all respects by the substantive laws of the State of Connecticut without regard to such state's conflict of law principles. DFH and QHP agree that the sole and exclusive venue and jurisdiction for disputes arising from this Agreement shall be in the state or federal court located in Hartford County, Connecticut, and DFH and QHP hereby submit to the jurisdiction of such courts; provided, however, that equitable relief may be sought in any court having proper jurisdiction.

(b) <u>Attorney Fees</u>. If any claim, suit or action is instituted to enforce the provisions of this Agreement or otherwise with respect to the subject matter hereof, the prevailing party will be entitled to recover its costs and reasonable attorney fees incurred in the preparation, prosecution, or defense of such claim, suit, or action, including such costs and fees on appeal

(c) <u>Waiver</u>. Failure by either party to enforce any of the terms and conditions of this Agreement shall not constitute or be deemed to be a waiver of such terms or conditions, or of the right thereafter to enforce all terms and conditions of this Agreement.

(d) <u>Notices</u>. Each party shall deliver all notices, requests, consents, claims, demands, waivers and other communications under this Agreement (each a "Notice") in writing and addressed to the other party at the addresses set forth on the first page of this Agreement (or to such other address that may be designated and delivered by the receiving party from time to time in accordance with this subsection (d)). Each party shall deliver all Notices by personal delivery, nationally recognized overnight courier (with all fees prepaid) or certified or registered mail (in each case, return receipt requested, postage prepaid). Except as otherwise provided in this Agreement, a Notice is effective upon delivery of the Notice to such address.

(e) <u>Counterparts and Delivery</u>. This Agreement may be executed in counterparts. Each counterpart will be considered an original, and all of them, taken together, will constitute a single Agreement. Electronic signatures will be deemed original signatures for all purposes under this Agreement. When properly signed, this Agreement may be delivered by facsimile or electronically, and any such delivery will have the same effect as physical delivery of a signed original.

(f) <u>Integration</u>. This Agreement is the entire agreement between the parties concerning its subject matter; and supersedes all prior and contemporaneous oral and written agreements, commitments, and understandings concerning its subject matter. This Agreement shall prevail over any terms and conditions contained in or accompanying any purchase order issued by QHP and no such terms or conditions shall be effective to change or add terms or conditions hereto.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the Effective Date.

**DESIGNS FOR HEALTH, INC.**

QHP's Signature:_____     By:_____
Print QHP's Name:_____

# Exhibit D



# ARTHROBEN™

## MEDICAL FOOD

A safe, effective, medical food for osteoarthritis (OA)

# ARTHROBEN™

## MEDICAL FOOD

For the dietary management of osteoarthritis and musculoskeletal inflammation related to athletic or other physical activity



medical foods by designs for health

www.designsforhealth.com/sitomedica

980 South Street
Suffield, CT 06078
1-800-847-8302

## THE FREEDOM TO MOVE.
## THE POWER TO HEAL.



Copyright © 2013 Designs for Health, Inc.

ZBRO ARPB

# ARTHROBEN™: A SAFE, EFFECTIVE, MEDICAL FOOD FOR OSTEOARTHRITIS (OA)

## ARTHROBEN™ provides a four-pronged approach for the dietary management of osteoarthritis

1. Reduces inflammation
2. Offers potent antioxidant protection to reduce joint deterioration
3. Increases joint mobility and function
4. Stimulates joint repair—providing nutritional building blocks for cartilage and ligaments

## Key Ingredients

### Flavocoxid

Flavocoxid is a special blend of flavonoids, which are natural, health-promoting compounds found in plants.

- **Reduces** inflammation associated with arthritis
- **Potent antioxidant activity**—reduces free radicals that damage arthritic joints
- **Proven as effective as the medication naproxen** in managing knee osteoarthritis
- **Virtually no negative side effects**—unlike non-steroidal anti-inflammatory drugs (NSAIDs)
- **Gentle on the GI tract**
- **Little or no effect on prothrombin times (PT)** in patients taking warfarin (Coumadin)

### FORTIGEL® and VERISOL®

FORTIGEL® and VERISOL® are specific Bioactive Collagen Peptides® derived from a patented process of hydrolysis of type I collagen-the main component of tendons, ligaments and cartilage in joints and intervertebral discs.

- Both provide **building blocks** for joint repair
- FORTIGEL® **stimulates** synthesis of collagen type I and II, along with the renewal of other important components of joints
- FORTIGEL® has been demonstrated **to improve osteoarthritis** in over 16 human clinical trials

VERISOL® boosts collagen metabolism of the skin, helping to improve the skin's structure and appearance:

- **Increases** skin hydration
- **Lessens** wrinkle formation
- **Promotes** skin regeneration

## ARTHROBEN™ is a medical food, not a drug

A medical food is an FDA regulated category of products intended for the dietary management of a disease or condition that has distinct nutritional requirements. Unlike drugs, the ingredients in medical foods must be Generally Recognized as Safe (GRAS). Typically, medical foods are not associated with the negative side effects that are commonly seen with prescription or over-the-counter drugs.

## The problem with most arthritis drugs

The most commonly prescribed arthritis medications are non-steroidal anti-inflammatory drugs (NSAIDs). NSAIDs include a range of medications such as over-the-counter aspirin, ibuprofen and prescription drugs such as naproxen and celocoxib. While these medications are effective for reduction of pain and inflammation, they are associated with a variety of serious side effects.

### Side effects of non-steroidal anti-inflammatory drugs:

- GI complaints such as nausea, heartburn, indigestion, abdominal pain
- Bleeding ulcer
  — The risk of upper GI bleeding is 3 to 4 times higher in people taking NSAIDs than those who do not
- Kidney damage that may persist even after drug withdrawal in some cases
- Cardiovascular events (heart attack, stroke, etc.)
- Congestive heart failure (CHF)
  — NSAIDs were responsible for approximately 19% of hospital admissions with CHF
- Hospitalization
  — Approximately 107,000 patients are hospitalized annually for NSAID-related GI complications

---

**ARTHROBEN™ is not a drug and is virtually free of negative side effects.**

Ask your practitioner about ARTHROBEN™, a medical food for osteoarthritis.

Find out how ARTHROBEN™ can help you find the freedom to move and the power to heal at **www.designsforhealth.com/sitomedica**

Available only through licensed health care practitioners.

VERISOL®, FORTIGEL® and Bioactive Collagen Peptides® are registered trademarks of GELITA AG.

# Exhibit E



# CORE III

## Core Concepts for Nutritional Medicine

21st Century Epidemics-
Autoimmune, Lyme, and Stealth
Infectious Disease

San Diego, CA
October 5, 2013


designs for health®
Science first.



**David M. Brady, ND, DC, CCN, DACBN**
Dr. Brady is a licensed naturopathic physician and a board certified clinical nutritionist, and he received his initial clinical training as a chiropractic physician. He presently serves as the vice provost of the Division of Health Sciences, the director of the Human Nutrition Institute, and an associate professor of clinical sciences at the University of Bridgeport in Connecticut. Dr. Brady is also the chief medical officer for Designs for Health, Inc. and a technical consultant for Metametrix Clinical Laboratory. He has been in clinical practice since 1991 and now practices at Whole Body Medicine in Trumbull, CT, where he specializes in "functional, metabolic, and nutritional medicine". Dr. Brady has been a featured speaker at some of the most prestigious conferences in the fields of nutrition and integrative medicine, including IFM, ACAM, AANP, IHS, IAACN, ACA-CON, and many more. He has been the author and contributor for numerous peer-reviewed scientific publications, textbooks and popular books.



**Todd LePine, MD**
Dr. LePine is a graduate of Dartmouth Medical School and is board certified in internal medicine, specializing in integrative functional medicine. Additionally, he has advanced clinical training through the Institute for Functional Medicine. Dr. LePine has a private practice located in Lenox, Massachusetts in the Berkshires. Dr LePine worked as a staff physician at Canyon Ranch Health Spa in Lenox, Massachusetts consulting with clients from around the world. In addition he is the clinical medical director for Metametrix Clinical Laboratory and teaches seminars to physicians on the clinical application of advanced biochemical laboratory testing. He is a faculty member of A4M (American Academy of Anti-Aging Medicine). The focus in his practice is to help patients achieve optimal health by balancing nutritional biochemistry in the body and to teach patients how to adopt healthy lifestyle habits. His areas of interest within medicine include: optimal aging, bio-detoxification, functional gastrointestinal health, systemic inflammation, autoimmune disorders and the neurobiology of mood and cognitive disorders.

## 21st Century Epidemics- Autoimmune, Lyme, and Stealth Infectious Disease

### Hourly Agenda

#### Dr. David M. Brady

**9:00 AM:** Opening remarks and seminar introduction

**9:15 AM:** Autoimmune disease- How bad is the problem?

**9:30 AM:** Mucosal immunity and importance of GI health

**9:45 AM:** Molecular mimicry and specific microbe-disease associations

**10:15 AM:** Parasites and autoimmunity- friend or foe?

**10:30 AM:** Refreshment break

**10:50 AM:** Dietary food antigen-disease associations

**11:00 AM:** Intestinal hyperpermeability- The key leverage point in autoimmune disease treatment?

**11:15 AM:** Vitamin D and immune dysregulation- Is there a controversy?

**11:30 AM:** Nutrients and other natural agents in the management of autoimmune disorders

**11:45 AM:** Predictive autoantibodies- Changing the face of disease management

**12:00 PM:** Lunch

#### Dr. Todd LePine

**1:30 PM:** One bug, one drug, one disease? Revisiting Koch's postulates

**2:00 PM:** Bacteria, biofilms, fungi, parasites and viruses: Who are you?

**2:30 PM:** Hijacked: Intracellular pathogens

**3:00 PM:** The Great Imitator: Lyme disease and other tick-borne illnesses

**3:30 PM:** The Perfect Storm: Immune dysregulation

**4:00 PM:** Clinical case study presentations

#### Drs. Brady & LePine

**4:30PM:** Group Discussion & Questions


designs for health®
Science first.

Designs for Health
980 South Street
Suffield, CT 06078



# CORE III

## Core Concepts for Nutritional Medicine

21st Century Epidemics-Autoimmune, Lyme, and Stealth Infectious Disease

*David M. Brady, ND, DC, CCN, DACBN
and Todd LePine, MD*

### The Epidemic of Autoimmune, Lyme, and Stealth Infectious Diseases

From children to adults, autoimmune conditions, Lyme disease and co-infections, and various conditions linked to chronic stealth infection are growing in incidence at an alarming rate. While these clinical issues are becoming more widespread there is considerable controversy and confusion on proper diagnosis and management options both within orthodox and complementary medicine. We now have learned through medical research that years before the diagnosis of these conditions is finally made there are clinical clues and laboratory evidence present to either detect or predict the future emergence of overt diseases in these patients. This program will help you to understand the most current evidence related to the etiology of these disorders and how to identify these conditions early and clinically intervene with nutritional, pharmaceutical, and lifestyle interventions in order to alter the pathophysiologic basis of these conditions.

All participants will receive a manual containing extensive notes complete with scientific referencing.

Approval will be sought for 6 hours of continuing education (CEU) credits for chiropractic and naturopathic physicians and nutritionists in surrounding states.



### Selected Topics Covered In This Seminar Include:

- The rising incidence of autoimmune disorders-How bad is it really?
- A clinician's perspective on immune dysregulation
- Mucosal immunity and the importance of the GI environment
- Autoimmunity - An infectious disease?
- Molecular mimicry as a contributing cause of autoimmune phenomenon
- Dietary antigens and autoimmune disease
- Leaky gut and autoimmunity – Just functional medicine folklore or scientific fact?
- The hygiene hypothesis of autoimmune disease – Are we too clean?
- Role of vitamin D and autoimmune disease – Is there really a controversy?
- Can autoimmune disease be predicted long before clinical symptoms appear?
- Toxins and immune dysregulation
- Natural therapeutic agents in autoimmune disease, Lyme and stealth infections
- Lyme and co-infections – How to detect them – How to treat them
- Stealth infections and cancer

Most importantly, we'll show you how to put this information to work immediately to help your patients in your practice.

### Content for each topic includes:
- The underlying physiology and biochemistry with references and extensive notes.
- Practical ways to deal with diagnostic modalities, treatment, and compliance.

Sponsored By:
Designs for Health, Inc.
www.designsforhealth.com

## Registration Form
### 21st Century Epidemics-Autoimmune, Lyme, and Stealth Infectious Disease

### Early Registration Fee: $79.00
Registration fee after September 5, 2013: $89.00
Registration at the door: $99.00

**Pre-register and receive a $79 DFH product credit!\***
How to qualify: *Register on or before September 5th*
*\*Registrant must be present at the event to receive the product credit*

### San Diego, CA • October 5, 2013
Sheraton Carlsbad Resort & Spa
5480 Grand Pacifiv Drive, Carlsbad, CA 92008
http://www.starwoodhotels.com/sheraton/carlsbad
1-760-827-2400

20% discount off the Best Available rate at time of booking.
Enter the SET/Corporate code "363086" for the online system to generate the discount.
The location to enter the code is on the left side of the page when looking up rates.

Please complete the registration form and...
☐ Call in registration: 1-800-847-8302 (Ext. 2030 or 2073)
☐ Fax in registration: 1-206-339-5233
☐ Mail to: Designs for Health
980 South Street
Suffield, CT 06078
Attn: Events Department

Name: ————————————————  Degree: ————————————
Address: ————————————————————————————————
————————————————————————————————
City: ——————————— State: ————— Zip: ————
Ph: ————————————————————————————————
Email: ————————————————————————————————
Credit card  (visa/mc/amex) #: ————————————— Exp.: ——/————
Name on card: ——————————— Signature: ————————————

**No audio or video taping is permitted**

# Exhibit F



*Elizabeth Featherman, Esq.*
*Direct Dial:  973.243.7902*
*Email:  EFeatherman@lawfirm.ms*

New Jersey • New York • Florida

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

July 20, 2016

<u>*VIA Overnight Delivery and Email*</u>
Ralph Edward Moorehead
DietaryHerb.com
ADVitamins.com
VitaminRite.com
18 Washington St #2
S Bound Brook, NJ 08880
rem@hdv1.net
info@dietaryherb.com
info@vitaminrite.com

> **RE:   Unauthorized Use of Designs For Health's Trademarks and Unauthorized Sale of Designs For Health® Dietary Supplements**

Dear Mr. Moorehead,

This law firm represents Designs for Health, Inc. ("DFH") with respect to certain intellectual property issues and other matters.

As you know, DFH is a producer and seller of a professional line of nutraceutical and natural health products marketed under the Designs for Health® brand name. It has been offering such nutritional products since 1989 and has been the health care professional's trusted source for research-backed nutritional products of superior quality. It has expended significant time, energy, and resources in promoting its line of over 300 Designs for Health® branded nutritional products, including but not limited to PaleoGreens® dietary supplement, PaleoFiber® product, PaleoReds® powder, Arthroben® anti-inflammatory formula, Osteoben® capsules and PaleoCleanse® products, (collectively, "DFH Products"). As part of these promotional efforts, DFH engages in significant advertising and promotion through its company website, its sales force, print, email and other internet-based advertising, among other efforts.  As a result of such efforts, DFH has generated a substantial amount of goodwill and consumer recognition in these trademarks, including Designs for Health, PaleoGreens, PaleoFiber, PaleoReds, Arthroben, Osteoben, PaleoCleanse and other DFH trademarks (collectively, "DFH Marks"), which are federally registered at the U.S. Patent and Trademark Office under Registration Nos 3,666,757; 4,793,456; 4,755,163; 4,747,774;  4,679,361; 4,679,348; and 4,747,771 respectively. The DFH Marks are highly distinctive and highly recognized by the relevant consumers and healthcare professionals who are interested in improving their health and physical conditions and those of their patients. To protect its valuable brands, DFH has engaged in significant efforts to enforce its rights when necessary.

July 20, 2016
Page 2

In addition, the DFH Products are formulated to be administered by recommendation and under the supervision of qualified healthcare professionals. DFH closely controls the distribution of its nutritional supplements to prevent sale of such products outside its restricted sales channel in the marketplace.  We trust you will appreciate that the law requires DFH to protect its very valuable intellectual property.

It has come to our client's attention that over two hundred varieties of DFH Products are promoted and made available for sale at the DietaryHerb.com, ADVitamins.com and VitaminRite.com websites. See product listings of DFH Products at http://advitamins.com/brands/Designs-for-Health.html, http://www.vitaminrite.com/search.aspx?manufacturer=17 and http://www.dietaryherb.com/search.aspx?manufacturer=12.  Our investigation shows that you are the operator of these websites and that the domain names are registered to you. DFH does not have a record of you or your websites as an authorized healthcare practitioner-seller of DFH products. DFH has never provided its consent to your sale and distribution of its DFH Products outside of DFH's network of registered practitioner-sellers. DFH has not consented to your use of its DFH Marks for promotion and sale of its products on your websites. Our investigation has also uncovered that  the 2D bar code of the DFH Products sold from your websites are removed or obliterated from the product packaging. We are therefore unable to fully ascertain the sources of your products, whether they are filled with our formulation, or stored or transported at recommended storage condition prior to shipment to end users.  We are extremely concerned that your use of the DFH Marks to promote nutritional products will create consumer confusion and will trade off the significant goodwill DFH had created in its DFH Marks. This use of such identical trademarks for allegedly the same nutritional supplement products with part of the product label removed and/or obliterated causes consumers to likely be confused into believing that the "Designs for Health" products you sell, and not quality-checked or controlled by DFH, are associated with, sponsored or approved by, or are otherwise affiliated with DFH, when in fact they are not. We believe this to  constitute a blatant act of infringement of our client's trademark rights and unfair competition under the Lanham Act and state laws, in addition to multiple health and safety violations.

You are now informed of our client's rights in the DFH Marks. We demand that you (i) immediately cease use of any and all of DFH's trademarks, including but not limited to the aforementioned trademarks; (ii) remove all listings of all DFH Products from your websites and refrain from any further sale, promotion, distribution and advertising of all DFH Products; (iii) provide an accounting of all DFH Products you have sold; (iv) provide contact information of all customers who have bought DFH Products from any of your websites; (v) ship all remaining inventory you have back to DFH; and (vi) disclose the source of your supplier(s) of DFH Products.

We hope to resolve this matter amicably but expeditiously. Time is of the essence in addressing this matter. Please respond to this letter **by 5:00 p.m. EST on Thursday, July 28, 2016**. Should you fail to respond by this deadline, we will be left with no choice but to consider all other legal options.

July 20, 2016
Page 3

      We do not intend, nor should you construe anything in this letter as a waiver or relinquishment of any right or remedy that our client may have in this matter. We expressly reserve all of our client's rights and remedies.

      We look forward to hearing from you.


                  Sincerely,


                  Elizabeth Featherman, Esq.

CC:    Stephen Carruthers, Esq., General Counsel for Designs for Health, Inc.
        Thomas J. Walsh, Esq.
        Cheryl H. Burstein, Esq.


Doc # 819301

# Exhibit G

**Elizabeth Lai Featherman 黎嘉欣律師**

| | |
|---|---|
| **From:** | Elizabeth Lai Featherman 黎嘉欣律師 |
| **Sent:** | Thursday, July 28, 2016 11:45 AM |
| **To:** | Dietary Herb; rem@hdv1.net; info@vitaminrite.com |
| **Cc:** | Cheryl Burstein |
| **Subject:** | RE: MS LETTER OF JULY 20, 2016 |
| | |
| **Categories:** | DM, #28000 : 015 |

Dear Mr. Moorehead,

We acknowledge receipt of your email below and your statement regarding removing all Designs for Health ("DFH") products from your websites.  If you are represented by a lawyer, please forward this email to him/her.

Although you disclosed Harris Moore as your sole supplier during our initial telephone conversation, DFH is skeptical and concerned that you have not been completely forthcoming and disclosed the identities of all your suppliers.  As part of DFH's  investigation, several selected DFH products were ordered from your websites. DFH has no record of Dr. Moore ordering some of the DFH products that were shipped to DFH from your websites. If your "sole" supplier did not order such products, but yet, you were in possession of such products to ship them to us, then you must have other sources for these products. If we are going to make any headway and avoid more drastic legal measures, you must provide us with the names and contact information of all your sources for DFH products immediately, as well as identification of all websites which you operate, control or are affiliated with.

Recognizing your expressed willingness to immediately stop selling DFH products from your email below, DFH could potentially agree to refrain from taking further action in court against you and enter into negotiation to settle this dispute if you remove all DFH products from the websites you own, control, operate and/or associated/affiliated with, including but not limited to ADVitamins.com, DietaryHerb.com and VitaminRite.com by 5 p.m. Friday July 29, 2016 and provide DFH confirmation of same.  The settlement negotiations will include but not be limited to the demands referenced in the July 20, 2016 letter.  We will, of course, randomly monitor your websites to confirm compliance.

We must receive the above requested confirmation and information before 5:00 p.m. July 29, 2016. Should you fail to respond by this deadline, we will be left with no choice but to consider all other legal options.

Our client reserves the right to exercise any and all of its legal remedies, including a federal action for trademark infringement and false designation of origin, to the extent that you fail to immediately comply with the above-referenced demands.  We trust that such action will not be necessary.

We look forward to receiving the above information and confirmation from you.

Best regards,
Elizabeth Featherman

ELIZABETH LAI FEATHERMAN, Counsel
**Mandelbaum** Salsburg
3 Becker Farm Rd., Suite 105, Roseland, NJ 07068
Direct Dial (973) 243.7902| Fax (973) 325.7467
efeatherman@lawfirm.ms   Bio
www.lawfirm.ms

**From:** Dietary Herb [mailto:info@dietaryherb.com]
**Sent:** Wednesday, July 27, 2016 10:26 AM
**To:** Elizabeth Lai Featherman 黎嘉欣律師
**Subject:** RE: MS LETTER OF JULY 20, 2016

Elizabeth, ill remove all the products. Will the pending complaint for Harris Moore be dismissed as well?

---

**From:** Elizabeth Lai Featherman 黎嘉欣律師 [mailto:EFeatherman@lawfirm.ms]
**Sent:** Tuesday, July 26, 2016 2:01 PM
**To:** rem@hdv1.net; info@dietaryherb.com; info@vitaminrite.com
**Cc:** Cheryl Burstein
**Subject:** RE: MS LETTER OF JULY 20, 2016

Dear Mr. Moorehead,

I am following up after our telephone call last Thursday (July 21, 2016) afternoon. In sum, you informed us that Dr. Harris Moore supplied you with the Designs for Health supplements that you sell through your websites at ADVitamins.com, VitaminRite.com and DietaryHerb.com and that you will not discontinue selling these products. We have conveyed the above information and your position to our client.  We disagree with your position that your sale of Designs for Health supplement is legitimate. As stated in our July 20, 2016 letter, you are not a registered health care professional with Designs for Health and are not authorized to use our client's trademark in the promotion and sale of Designs for Health supplements. Further, the Designs for Health supplements you are selling have been tampered with and are not quality-checked or controlled by Designs for Health. This is a safety concern, and your sales tarnish our client's trademark, company name and reputation.

While our client appreciates your provision of the supplier information, we must reiterate our demand that you cease all sales of Designs for Health supplements and products and comply with the demands as stated in our July 20, 2016 letter.  You must provide a written confirmation to our demands as set forth in the July 20 letter **by Thursday, July 28, 2016**.

Should you fail to respond by this deadline, we will be left with no choice but to consider all other legal options.

We do not intend, nor should you construe anything in this letter as a waiver or relinquishment of any right or remedy that our client may have in this matter. We expressly reserve all of our client's rights and remedies.

We look forward to hearing from you.

Elizabeth Featherman

ELIZABETH LAI FEATHERMAN, Counsel
**Mandelbaum** Salsburg
3 Becker Farm Rd., Suite 105, Roseland, NJ 07068
Direct Dial (973) 243.7902| Fax (973) 325.7467
efeatherman@lawfirm.ms    Bio
www.lawfirm.ms

---

**From:** Stacey Carriker
**Sent:** Wednesday, July 20, 2016 12:51 PM
**To:** rem@hdv1.net; info@dietaryherb.com; info@vitaminrite.com
**Cc:** Elizabeth Lai Featherman 黎嘉欣律師; Cheryl Burstein
**Subject:** MS LETTER OF JULY 20, 2016

2

Dear Mr. Moorehead:

Attached please find a letter of today's date from Elizabeth Featherman, Esq. on behalf of Designs for Health, Inc.

Any questions or comments regarding the attached should be directed to Ms. Featherman at efeatherman@lawfirm.ms

Thank you,

Stacey Carriker

STACEY CARRIKER, IP PARALEGAL
**Mandelbaum** Salsburg
3 Becker Farm Rd., Suite 105, Roseland, NJ 07068
d. (973) 243.7918|  f. (973) 325.7467
scarriker@lawfirm.ms
www.lawfirm.ms

THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. This message may be an attorney-client communication, and as such is privileged and confidential If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

Circular 230 requires that we notify you that, in the absence of written advice that strictly complies with such rules, you cannot rely on advice given to you relating to any Internal Revenue Code matter for protection against a tax penalty. This notice is neither intended to be used for the purpose of avoiding any tax penalty nor can it be relied on in support of any marketed transaction. It is our intention to continue to deliver the highest quality services to you and in a cost efficient manner. Please call us if you have any questions about how the Circular may affect our representation of you.

Exhibit H

**Elizabeth Lai Featherman 黎嘉欣律師**

| | |
|---|---|
| **From:** | Elizabeth Lai Featherman 黎嘉欣律師 |
| **Sent:** | Tuesday, August 02, 2016 4:10 PM |
| **To:** | Dietary Herb |
| **Cc:** | Cheryl Burstein |
| **Subject:** | Telephone call |
| | |
| **Categories:** | DM, #28000 : 015 |

Dear Mr. Moorehead,

I am following up with the voicemail I left at the DietaryHerb.com contact phone number (908) 552-4820, please call at your earliest convenience before 11 a.m. Thursday August 4, 2016 to have a discussion about resolving the outstanding demands as outlined in our July 20 letter and July 28 email.  Please advise us of your availability.  Absence your response by 11 a.m. Thursday August 4, 2016, we will be left with no choice but to consider all other legal options.

Best regards,
Elizabeth Featherman

ELIZABETH LAI FEATHERMAN
**Mandelbaum** Salsburg
3 Becker Farm Rd., Suite 105, Roseland, NJ 07068
Direct Dial (973) 243.7902|  Fax (973) 325.7467
efeatherman@lawfirm.ms    Bio
www.lawfirm.ms

# Exhibit I



# DE Vitamins
## Dietary Essentials

**Home**  **About Us**  **Contact Us**  **My Account**  **View Cart/Checkout**

| Manufacturers |
| Select ... ▾ |

| Categories |
| Animal Health |
| Herbal Remedies |
| Herbs |
| Homeopathic Remedies |
| Oriental Medicine |
| Support Products |
| Vitamins & Supplements |

Home > Search

## Search Results

You searched for all products made by Designs For Health

**Narrow by Category**

Herbs (5)
Support Products (45)
Vitamins & Supplements (167)

**Narrow by Price**

Below $25 (16)
$25 to $50 (103)
$50 to $100 (93)
$100 to $200 (5)

Displaying products 1 - 30 of 217 results

Show: 30 ▾   Sort: Default ▾

Page 1 of 8

Page **1** 2 3 4 5 … 8 ⊙

### 5HTP Supreme 100mg 60c Designs For Health

Price: $38.89

[ADD TO CART]  [MORE INFO]

5-HTP Supreme is available by Designs For Health Added by popular demand we have now created a higher dose 5HTP product with 100 mg per capsule as we

FREE SHIPPING!  TAX FREE

### 5HTP Synergy 50mg 90c Designs For Health

Price: $29.79

[ADD TO CART]  [MORE INFO]

5HTP Synergy is available by Designs for Health Our modern stressful lives lower levels of the feel-good neurotransmitter serotonin. Serotonin deplet

FREE SHIPPING!  TAX FREE

### 7-Keto 60c

Price: $68.46

[ADD TO CART]  [MORE INFO]

7-Keto is a registered trade name for the compound 3-acetyl-7-oxo DHEA a stabilized form of 7-oxo DHEA. Once ingested acetyl-7-oxo DHEA is cleaved to 7-oxo DHEA a DHEA metabolite naturally found in the body. Although 7-oxo DHEA is similar to D

FREE SHIPPING!  TAX FREE

### Mailing List

Email Address:

[GO]

### Search

[GO]

### Shopping Cart

Your cart is empty.



## Acetyl-L-Carnitine HCL 800mg 90c Designs For Health

Price: $38.89

ADD TO CART

MORE INFO

Acetyl-L-Carnitine HCL 800mg is available by Designs for Health. Made with our exclusive excipient-free process which allows for maximal capsule fill





## Acnutrol 180c

Price: $46.85

ADD TO CART

MORE INFO

Acnutrol capsules may help support chronic skin and acne conditions. Acnutrol capsules have been formulated to provide comprehensive support for healthy acne control by focusing on the internal healing process and overall skin health. Ther





## Acnutrol Gel 3oz

Price: $41.16

ADD TO CART

MORE INFO

Topical gel designed - acute skin and acne conditions Acnutrol topical gel is a blend of ingredients designed to help sup-port skin and acne breakouts on the face or other skin surfaces. There are various factors that cause and con





## Adrenal Complex 120c Designs For Health

Price: $38.89

ADD TO CART

MORE INFO

Adrenal Complex is available by Designs for Health. Designs for Healths new Adrenal Complex nowmore than evermeets the needs of practitioners looking





## Adrenotone 90c Designs For Health

Price: $29.79

ADD TO CART

MORE INFO

Adrenotone is a combination of standardized herbs and nutrients which are known for rejuvenating the adrenals.





## Adrenotone180c Designs For Health

Price: $48.00

ADD TO CART

MORE INFO

Adrenotone Plus is available by Designs for Health. In just one product it is now possible to provide botanical and nutritional enhancement of adrena



### AllerGzyme 90c Designs For Health

Price: $30.93

ADD TO CART

MORE INFO

AllerGzyme is available by Designs for Health. AllerGzyme is a true full spectrum proteolytic enzyme complex which is focused on - the d





### Allicillin w/garlicillin 60sg Designs For Health

Price: $34.34

ADD TO CART

MORE INFO

Allicillin w/garlicillin 60sg is available by Designs for Health. designs for health Allicillin With Stabilized Allicin Metabolites Dietary Supplemen





### Amino Acid Synergy 120c Designs For Health

Price: $35.48

ADD TO CART

MORE INFO

Amino Acid Synergy is available by Designs for Health. Amino Acid Synergy is useful as a general supplement to diets that are insufficient in quality





### Amino-D-Tox 180c Designs For Health

Price: $66.19

ADD TO CART

MORE INFO

Amino-D-Tox is available by Designs for Health. Amino-D-Toxwas designed by clinicians to biochemically upregulate phase II detoxification. It is free





### Arginine 750mg 120c Designs For Health

Price: $32.07

ADD TO CART

MORE INFO

Arginine 750mg is available by Designs for Health. Researchers have discovered that Arginine regulates nitric oxide a powerful compound in the blood





### ArthroSoothe 120c Designs For Health

Price: $45.72

ADD TO CART

MORE INFO

ArthroSoothe is available by Designs for Health. This synergistic formula contains powerful joint - nutraceutical compounds including glucosami





### ArthroSoothe Cream 90g/3oz Designs For Health

Price: $34.34



ArthroSoothe Cream 90g/3oz is available by Designs for Health. designs for health ArthroSoothe Cream 3 oz (90 grams) More Info: This soothing topical





### ArthroSoothe Supreme 120c

Price: $68.46

ADD TO CART

MORE INFO

Featuring TRF: for tissue regeneration and fighting inflammation ArthroSoothe Supreme contains the exact comprehensive array of joint -ive nutraceuticals as our standard ArthroSoothe along with the revolutionary tissue regeneration factor





### B6 Sublingual Liquid 4oz Designs For Health

Price: $23.91

ADD TO CART

MORE INFO

B6 Sublingual Liquid is available by Designs for Health. B6 zinc and magnesium are critical for numerous reactions that occur in the body. Lacking an







### Baxaprin 180c Designs For Health

Price: $48.00

ADD TO CART

MORE INFO

Baxaprin 180c is available by Designs for Health. designs for health Baxaprin Foundational Back Pain - Dietary Supplement 180 Vegetarian Capsul





### Betaine HCL 750mg 120t Designs For Health

Price: $27.51

ADD TO CART

MORE INFO

Betaine HCL 750mg is available by Designs for Health. This pure 750 mg Betaine Hydrochloride tablet is designed for patients with compromised hydroch



### Brain Power Sours/Raspberry 10bgs Designs For Health

Price: $39.93

ADD TO CART

MORE INFO

Brain Power Sours is available by Designs for Health. If you like Starburst candy you will love these chewy healthy raspberry flavored treats sweeten



### Brain Vitale 120c Designs For Health

Price: $86.12



Brain Vitale contains two powerful brain revitalizing nutrients Acetyl Carnitine and PhosphatidylSerine (PS) both capable of repairing brain neurons





### Brain Vitale 60c Designs For Health

Price: $69.60



Brain Vitale is available by Designs for Health. Brain Vitale is a combination of the two most powerful and beneficial brain nutrients Phosphatidyl S





### B-Supreme 120c Designs For Health

Price: $42.31



B-Supreme is available by Designs for Health. This very powerful B vitamin combination formula supplies most of the B vitamins in their coenzymated f





### B-Supreme 60c Designs For Health

Price: $25.25



B-Supreme is available by Designs for Health. This very powerful B vitamin combination formula supplies most of the B vitamins in their coenzymated f





### Buffered Vitamin C Powder 240g Designs For Health

Price: $38.89



Buffered Vitamin C Powder is available by Designs for Heatlh. Buffered vitamin C is created by linking ascorbic acid with a mineral such as calc





### C + BioFizz Powder 144g Designs For Health

Price: $35.48



A delicious way to take your vitamin C You'll love the sweet orange taste of this buffered vitamin C product with antioxidant and immune protective b





**C3 Curcumin Complex 60c Designs For Health**

Price: $45.72

ADD TO CART

MORE INFO

C3 Curcumin Complex is available by Designs for Health. C3 Curcumin Complex is a patented unique composition of three bioactive health-promoting curc

FREE SHIPPING!
TAX    FREE

**Cal/Mag 1:1 180c Designs For Health**

Price: $35.48

ADD TO CART

MORE INFO

Cal/Mag 1:1 offers chelated calcium and magnesium in equal amounts to one another with 200 mg of each mineral per a 2 capsule serving. While the

FREE SHIPPING!
TAX    FREE

**Cal/Mag 2:1 180c Designs For Health**

Price: $35.48

ADD TO CART

MORE INFO

Chelated calcium and magnesium in the standard 2:1 ratio When in balance calcium and magnesium play vital roles in many areas of human health. Calciu

FREE SHIPPING!
TAX    FREE

Page 1 of 8

Page 1 2 3 4 5 … 8 ⊘

Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Sitemap | Cart Help | Billing Terms & Agreement

© 2016Vitamins are neccessary for your body to grow and develop



**DE Vitamins**
Dietary Essentials

| Home | About Us | Contact Us | My Account | View Cart/Checkout |

**Manufacturers**

Select ... ▼

**Categories**

Animal Health
Herbal Remedies
Herbs
Homeopathic Remedies
Oriental Medicine
Support Products
Vitamins & Supplements

Home > Contact Us

We want to hear from you! Please contact us with any comments or questions at the following number or through our email form provided below.
Phone Number - (609) 848-2646
email - support@devitamin.com

\* denotes required field

Contact Name \*

Phone \*

Email Address \*

Comments or Questions \*

100 characters remaining

Enter the code shown:

SUBMIT

**Mailing List**

Email Address:

GO

**Search**

GO

**Shopping Cart**

Your cart is empty.

| Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Sitemap | Cart Help | Billing Terms & Agreement |

© 2016 Vitamins are neccessary for your body to grow and develop

Exhibit J

```
Domain Name: DEVITAMINS.COM

Registry Domain ID: 1745618646_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.directnic.com

Registrar URL: http://www.directnic.com

Updated Date: 2014-09-21T13:05:14-05:00

Creation Date: 2012-09-17T14:50:27-05:00

Registrar Registration Expiration Date: 2015-09-17T14:50:27-05:00

Registrar: DNC Holdings, Inc.

Sponsoring Registrar IANA ID: 291

Registrar Abuse Contact Email: abuse@directnic.com

Registrar Abuse Contact Phone: +1.8668569598

Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibit
ed)

Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)

Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)

Domain Status: autoRenewPeriod (https://www.icann.org/epp#autoRenewPeriod)

Registrant Name: Ralph Moorehead

Registrant Organization: HDV1

Registrant Street: 18 Washington St #2

Registrant City: So Bound Brook

Registrant State/Province: NJ

Registrant Postal Code: 08880

Registrant Country: US

Registrant Phone: +1.9082294427

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: rem@hdv1.net

Admin Name: Ralph Moorehead

Admin Organization: HDV1

Admin Street: 18 Washington St #2

Admin City: So Bound Brook

Admin State/Province: NJ

Admin Postal Code: 08880

Admin Country: US

Admin Phone: +1.9082294427

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:
```

```
Admin Email: rem@hdv1.net

Tech Name: Ralph Moorehead

Tech Organization: HDV1

Tech Street: 18 Washington St #2

Tech City: So Bound Brook

Tech State/Province: NJ

Tech Postal Code: 08880

Tech Country: US

Tech Phone: +1.9082294427

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: rem@hdv1.net

Name Server: NS21.WORLDNIC.COM

Name Server: NS22.WORLDNIC.COM

URL of the ICANN WHOIS Data Problem Reporting System

http://wdprs.internic.net

For more information on Whois status codes,

please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.
```

# Exhibit K

# DK vitamins
## A healthy lifestyle

Home | About Us | My Account | Contact Us | Blog |  Shopping Cart

[search by keyword] **search**

**Category**

- Addiction
- Adrenal
- Air Freshener
- Alkylglycerols
- Allergy
- Aloe Vera
- Amino Acids
- Animal Health
- Antioxidants
- Arabinogalactans
- Artemesia
- Auditory
- Ayurvedic Formulas
- Baby Care
- Bee Products
- Beta Carotene
- Bicarbonate Formulas
- Biotin
- Blood Sugar
- Blood Type Formulas
- Body Care
- Bone Health
- Books
- Boron
- Bromelain
- Calcium
- Cardiovascular
- Carotenoids
- Castor Oil
- Cell Salts
- cellular
- Cerebrovascular
- Cetyl Myristoleate
- Children
- Chinese Herbal Medicines
- Choline
- Chondroitin Sulfate
- Chromium
- Circulation
- CLA

Home > Designs for Health

Designs for Health

Products (Total Items: 327)

[Name ▼]

More results: [1] 2 3 4 5 6 7 ... [28] Next Page



**Designs for Health 5HTP Supreme 100mg 60c**

☆☆☆☆☆ 0 Review(s)

Your Price: $33.80

[Add To Cart]



**Designs for Health 5HTP Synergy 50mg 90c**

☆☆☆☆☆ 0 Review(s)

Your Price: $25.70

[Add To Cart]



**Designs for Health 7-Keto« 60c**

☆☆☆☆☆ 0 Review(s)

Your Price: $59.00

[Add To Cart]

**Designs for Health Acetyl-L-Carnitine HCL 800mg 90c**

☆☆☆☆☆ 0 Review(s)

Your Price: $33.00

[Add To Cart]



**Designs for Health Acnutrol 180c**

☆☆☆☆☆ 0 Review(s)

Your Price: $40.00

[Add To Cart]




**Designs for Health Acnutrol Gel 3oz**

☆☆☆☆☆ 0 Review(s)

Your Price: $33.00

[Add To Cart]

**Designs for Health Adrenal Complex 120c**

☆☆☆☆☆ 0 Review(s)

Your Price: $33.50

[Add To Cart]

**Designs for Health Adrenotone Plus 180c**

☆☆☆☆☆ 0 Review(s)

Your Price: $41.90

[Add To Cart]



**Designs for Health Adrenotone Plus 90c**

☆☆☆☆☆ 0 Review(s)

Your Price: $25.50

[Add To Cart]

**Top Sellers**

1




Health Concerns Isatis Cooling 90t
$19.43
☆☆☆☆☆
more details

2.



Health Concerns Flavonex 90t
$19.43
☆☆☆☆☆
more details

3.



Metabolic Maintenance Cal/Mag 1:2 120c
$22.35
☆☆☆☆☆
more details

**New Releases**


NO IMAGE AVAILABLE

Kavinace Ultra PM - NeuroScience Inc. 30cap
$54.00
☆☆☆☆☆
more details

New Product - Please enter name here
$0.00
☆☆☆☆☆

Thorne Research Meriva-SF
$39.55
☆☆☆☆☆

- Cognitive
- Collagen Products
- Colostrum Lactoferrin Products
- Copper
- CoQ10
- Cosmetics
- Dermatologic
- Detoxification
- DHEA
- Digestive
- DMAE
- Dysbiosis Formulas
- EFA Combinations
- Electrolytes
- Energy
- Enzymes
- Essential oils
- Essential Vitamins
- Female Health
- Fibers
- Fish Oil
- Flavonoids
- Flower Essences
- Folic Acid
- Food Concentrates
- FOS
- Garlic
- Gastro Intestinal
- gastrointestinal
- Germanium
- GI
- Glandular Products
- Glucosamine
- Glucose
- Glutathione
- Greens
- Homeopathic Remedies
- Homeopathic Remedies ~ Cardiovascular Support
- Homeopathic Remedies ~ Detoxification Support
- Homeopathic Remedies ~ Digestive Support
- Homeopathic Singles
- hormone Endocrine
- Immune
- Inflammation
- Joint
- Kidney



**Designs for Health AllerGzyme 90c**

☆☆☆☆☆ 0 Review(s)

Your Price: $28.00

Add To Cart



**Designs for Health Allicillin w/garlicillin 60sg**

☆☆☆☆☆ 0 Review(s)

Your Price: $29.00

Add To Cart



**Designs for Health Aloe 200x Caps 30c**

☆☆☆☆☆ 0 Review(s)

Your Price: $37.00

Add To Cart

More results:   [1] 2 3 4 5 6 7 ...[28]   Next Page

- Lipid Metabolism
- Liver
- Lymphatic
- Male Health
- Male Vitamins
- metabolism
- Mineral Products
- Mood
- Multi-Vitamins Mineral
- Musculo-skeletal
- Nasal Sinus
- Nutrition Bars
- Oncology
- Pain
- Parasite
- Phytonutrients
- Pre-natal products
- Probiotics
- Prostate
- Protein Drinks
- Respiratory
- Sexual Health
- Skin Care
- Sleep Support
- Specialty Formulas
- Sport Products
- thyroid
- Urinary Tract
- Vision
- Vitamin A
- Vitamin B
- Vitamin C
- Vitamin D
- Vitamin E
- Vitamins & Supplements
- Weight Management

Manufacturer
- Absolute Minerals - Devita Skin Care
- Advanced Formula Enzymes
- Agape Health Products
- Aidan Products
- Alacer Corp.
- Allergy Research Group
- Allimax International Limited
- AllVia Integrated Pharmaceuticals
- Aloe Farms
- Amazing Grass
- American Biologics

- [American BioSciences Inc.](#)
- [American Biotech Labs LLC](#)
- [American Dietary Labs](#)
- [American Nutriceuticals](#)
- [Amerifit Nutrition](#)
- [Amino Acid & Botanical](#)
- [Amrita Aromatherapy](#)
- [Angelina Organic Skin Care](#)
- [Arthur Andrew Medical](#)
- [Ayush Herbs](#)
- [Baar Products](#)
- [Bach Flower Remedies](#)
- [Banyan Botanicals](#)
- [Barlean's Organic Oils](#)
- [Barry Goldstein Music](#)
- [Bauman Nutrition](#)
- [Bezwecken](#)
- [Bio-Botanical Research](#)
- [Bioclinic Naturals](#)
- [BioCodex](#)
- [Biodesign](#)
- [Bioforce USA/BioNorica](#)
- [BioGenesis Nutraceuticals](#)
- [BioMatrix](#)
- [Biomax Formulations](#)
- [Biomed Foods, Inc.](#)
- [Bionorica](#)
- [Bio-Nutritional Formulas](#)
- [BioPharma Scientific](#)
- [BioRay Inc.](#)
- [BioSanLabs/Innate Response Formulas](#)
- [Biosyntrx](#)
- [Bio-Tech](#)
- [Blue Poppy](#)
- [BodyBio/E-Lyte](#)
- [BOIRON USA](#)
- [Carlson Labs](#)
- [Ceautamed Worldwide](#)
- [ChildLife Essentials](#)
- [Collagen MD Inc](#)
- [Complementary Prescriptions](#)
- [Coromega](#)
- [Crayhon Research](#)
- [D'Adamo Personalized Nutrition](#)
- [Daiwa Health Development](#)
- [DaVinci Laboratories](#)
- [DermaE Natural Bodycare](#)
- [Designs for Health](#)
- [Detox Rx](#)

- [Deva Nutrition LLC](#)
- [DeVita Absolute Minerals](#)
- [DeVita Professional Skin Care](#)
- [Devita Retail](#)
- [Devita Rx](#)
- [Douglas Labs](#)
- [Dr. Garber's LLC](#)
- [Dr.'s Advantage](#)
- [Dynamic Nutritional Associates,Inc.](#)
- [Earth's Bounty](#)
- [Ecological Formulas](#)
- [EcoNatura By Thorne](#)
- [EcoNugenics](#)
- [Efamol](#)
- [Emerita/Nutraceutical Corporation](#)
- [Empirical Labs](#)
- [Enzo Nutraceuticals Ltd.](#)
- [Enzymatic Therapy](#)
- [Erba Vita](#)
- [Essential Formulas](#)
- [Euromedica](#)
- [Europharma](#)
- [Extended Health](#)
- [Far East Summit](#)
- [Fine Natural Products,LLC](#)
- [Gaia Herbs](#)
- [Garden of Life](#)
- [Genestra](#)
- [Geronova Research](#)
- [Giovanni Cosmetics](#)
- [Grahams Natural USA](#)
- [GreenDog Naturals](#)
- [GUNA Biotherapeutics](#)
- [Guna, Inc.](#)
- [Health Aid America](#)
- [Health Concerns](#)
- [Health From The Sun](#)
- [Health Products Distributors](#)
- [Heel/BHI Homeopathics](#)
- [Herb Pharm](#)
- [Herbvedics](#)
- [Heritage/Nutraceutical Corp](#)
- [Hevert Pharmaceuticals](#)
- [Himalania](#)
- [Himalaya USA](#)
- [Himalayan Institute](#)
- [Hylands](#)
- [Iagen Naturals/Pure Prescriptions](#)
- [Iagen Naturals/Pure Prescriptions](#)

- ICA Health/Dr Wilson's Formulations
- Immune Health Basics
- Integrative Therapeutics
- Intensive Nutrition
- Jarrow Formulas
- Jigsaw Health
- Kamedis Ltd.
- Kan Herbs
- Karuna Corporation
- Kirkman Group Inc.
- Klaire Labs
- Klean Athlete
- KYPRIS
- Lane Medical/LaneLabs
- Lidtke Technologies
- Life Extension
- Life Solutions
- Living Nature
- Longevity Science
- Lotus Moon
- L'uvalla, LLC
- Maine Medicinals
- Manuka Health
- Master Supplements Inc.
- Medical Futures Inc.
- MEDIFOOD
- Metabolic Maintenance
- MetabolicResponseModifier
- Metagenics
- Min Tong
- Minami
- Montiff
- Mucos Pharma (Wobenzym)
- Mushroom Wisdom, Inc.
- Natural Factors
- Natural Ophthalmics
- Natural Veterinary Pharmaceuticals
- Natural Vitality
- Natural-Immunogenics Corp.
- Naturally Vitamins
- Nature's All
- Nature's Sources,LLC.
- Nature's Way
- NatureWorks
- Neesby
- Nelson Bach
- Ness Enzymes
- New Chapter
- NewMark
- Nordic Naturals

- North American Herb&Spice
- NOW
- Nutiva
- Nutraceutical Research
- Nutraceutics
- Nutramax Labs
- Nutramedix Inc.
- Nutrex, Inc.
- Nutribiotic, Inc.
- Nutricology
- Nutritional Fundamentals for Health
- Ola Loa
- Olympian Labs/Prescribed Choice
- Omega Nutrition
- Ortho Molecular
- Pacific BioLogic
- Pastore Formulations
- Perque,LLC
- Pfizer Corp.- Alacer
- Pharmax
- Physician's Strength
- PhysioLogics
- Phytopharmica Clinical
- PhytoRich
- Phytotek Marketing/Acti-Tape
- Pink Horizons Botanical Skin Care
- Pioneer
- Planetary Herbals
- Prescribed Choice
- Primary Source OPC
- Primavera Life
- Prime Herbs
- Prince of Peace
- Priority One Vitamins
- Prof. Complementary Health Formulas
- Professional Botanicals
- Progena Meditrend
- Progressive Labs
- Proper Nutrition
- Protocol For Life Balance
- Protocol For Life Balance
- Pure Encapsulations
- Quality of Life Labs
- Quincy Bioscience/Prevagen
- Rainbow Light Nutrition
- Raw Skin Ceuticals
- Re-Body PRE-3
- Reserveage
- RLC Labs

- [Rx Vitamins](#)
- [Rx Vitamins for Pets](#)
- [Sabre Sciences, Inc.](#)
- [Scandinavian Formulas](#)
- [Sedona Labs Pro](#)
- [Seroyal USA](#)
- [Shankara, Inc.](#)
- [Sinol USA](#)
- [Solanova](#)
- [Source Naturals](#)
- [Springreen](#)
- [Standard Process](#)
- [Suki Skincare](#)
- [Sun Chlorella USA](#)
- [Sun Ten](#)
- [Syntratech](#)
- [TCMzone](#)
- [Terramazon](#)
- [Theramedix](#)
- [Thorne Organics](#)
- [Thorne Performance](#)
- [Thorne Research](#)
- [Thorne Research Veterinary](#)
- [Time4Health](#)
- [Tower Labs Corp](#)
- [Transformation Enzyme](#)
- [True Botanica](#)
- [Uas Laboratories](#)
- [Verified Quality](#)
- [Vetri-Science Laboratories](#)
- [Vinco](#)
- [Viobin](#)
- [Vital Health Options, LLC](#)
- [Vital Nutrients](#)
- [Vitanica](#)
- [Wakunaga](#)
- [Weber & Weber](#)
- [Weleda Body Care](#)
- [Weleda Essential Medicines](#)
- [Well Wisdom](#)
- [Wellesley Therapeutic Inc.](#)
- [Well-In-Hand Action Remedies](#)
- [Wise Woman Herbals](#)
- [World Nutrition/Vitalzym](#)
- [YASOO Health Inc.](#)
- [Zand Herbal](#)
- [ZyCal Bioceuticals, Inc.](#)

Browse by Price

- [$0 - $24.99](#)
- [$25 - $49.99](#)
- [Over $50](#)

Mailing List

Subscribe to our Newsletter

enter email   go

◉ Subscribe
○ Unsubscribe

[Thank You!](#)  |  [Product Sitemap](#)  |  [Terms and Conditions](#)  |  [Product Index](#)  |  [Category Index](#)  |

Copyright 2016 DK Vitamins. All Rights Reserved. eCommerce Software by [3dcart](#).

The statements made herein have not been evaluated by the Food and Drug Administration. Products are not intended to diagnose, treat, cure, or prevent disease. If you have any concerns about your own health, you should always consult with a physician or healthcare professional.



Welcome to DK Vitamins - A Healthy Lifestyle

# DK vitamins
## A healthy lifestyle

Home | About Us | My Account | Contact Us | Blog | Shopping Cart

search by keyword [ ] **search**

**Category**

- Addiction
- Adrenal
- Air Freshener
- Alkylglycerols
- Allergy
- Aloe Vera
- Amino Acids
- Animal Health
- Antioxidants
- Arabinogalactans
- Artemesia
- Auditory
- Ayurvedic Formulas
- Baby Care
- Bee Products
- Beta Carotene
- Bicarbonate Formulas
- Biotin
- Blood Sugar
- Blood Type Formulas
- Body Care
- Bone Health
- Books
- Boron
- Bromelain
- Calcium
- Cardiovascular
- Carotenoids
- Castor Oil
- Cell Salts
- cellular
- Cerebrovascular
- Cetyl Myristoleate
- Children
- Chinese Herbal Medicines
- Choline
- Chondroitin Sulfate
- Chromium
- Circulation
- CLA

Home > Contact Us

## Contact Us

*Spring is in the Air*

Excludes the following manufacturers: Pure encapsulation, Douglas Labs, Standard Process and Seroyal

DK Vitamins

Ft. Lauderdale, FL.
US

Get Directions

Phone:
609-848-2646

### Contact Form

Department: [ General ▼ ]

Name: [                    ] *

Phone: [                    ]

Email: [                    ] *

Subject: [                    ] *

Message: [                    ] *

Verification: [ 11470177b ]
Type the word above...
[                    ] *

[ Submit Request ]

Qualified Practitioner:
Pamela Crinion R.T. (R)(M)(CT)(ARRT)



**Top Sellers**
1

BioGenesis Nutraceuticals InflamaZyme 90c
$37.50
☆☆☆☆☆
more details

2. Natural Ophthalmics Ortho-K Thick (Night) Time 15ml
$13.23
☆☆☆☆☆
more details

3. Thorne Research 5-MTHF 5mg 60c
$57.33
☆☆☆☆☆
more details

**New Releases**

Nutra BioGenesis Ultra Lean Vanilla
$44.64
☆☆☆☆☆
more details

Kavinace Ultra PM - NeuroScience Inc. 30cap
$54.00
☆☆☆☆☆

Douglas Labs Ayur-Curcumin (300mg)
$26.30
☆☆☆☆☆