

# Mandelbaum Salsburg
*attorneys at law*

BARRY R. MANDELBAUM
WILLIAM S. BARRETT[2]
LYNNE STROBER ♦
OWEN T. HUGHES[2]
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
MICHAEL A. SAFFER[3]
STEVEN A. HOLT[4]
DENNIS J. ALESSI[4]•
JOSEPH J. PETERS
CRAIG W. ALEXANDER[3]
MARTIN D. HAUPTMAN
STUART GOLD[3]
CHERYL H. BURSTEIN[4]
ROBIN F. LEWIS[3]
RICHARD I. SIMON[3]
STEVEN I. ADLER
PETER H. TANELLA
DAVID S. CARTON■•
GORDON C. DUUS[7]
THOMAS W. ACKERMANN
RICHARD I. MILLER[8]
DANIEL J. BARKIN[8]
DOUGLAS I. EILENDER[3]
JEFFREY M. ROSENTHAL[8]
PETER A. LEVY[9]
MICHAEL F. BEVACQUA, JR.[3]
LAWRENCE C. WEINER[3]
MOHAMED H. NABULSI[3]
EDWARD J. ALBOWICZ[3]

KHIZAR A. SHEIKH
ARLA D. CAHILL[8]
LAUREN X. TOPELSOHN[3]
CASEY GOCEL[3]
RONALD D. COLEMAN[3]
JOEL G. MacMULL[8]
VINCENT J. McGILL[8]
DAMIAN P. CONFORTI[3]
RAJ GADHOK[3]

- SENIOR COUNSEL -
YALE I. LAZRIS
JOSEPH J. DISCENZA+
CHARLES M. LORBER

- COUNSEL -
LISA FACTOR FOX[3]
ALAN L. SUSSMAN[3]
MANUEL R. GROVA, JR.
LAUREN A. CARNEVALE[3]
RYAN M. BUEHLER
MARC J. COMER[8]
JEFFREY E. GRABELLE[1]
MARK ORENSTEIN[8]

IRVING MANDELBAUM (1906-1993)
RICHARD M. SALSBURG (1938-2011)
ROBERT W. GLUCK (1947-2013)
RICHARD L. SLAVITT (RET.)
RICHARD H. STEINBERG (RET.)

- OF COUNSEL -
HON. MICHAEL K. DIAMOND (RET.)
HON. ROBERT A. LONGHI (RET.)
HON. PAUL J. VICHNESS (RET.)
ALAN L. GLAZNER[3]
THOMAS V. HILDNER
VINCENT J. NUZZI[3]
MICHAEL L. KALMUS[3]
JAMES L. ESPOSITO
DEVANSHU L. MODI
LAURIE J. WOOG
JAMES T. ELLIOTT[3]
STEVEN L. POLAKOFF[8]
WILLIAM M. FETKY
HILARY L. BRUNELL
LAWRENCE B. GOODWIN▼

- ASSOCIATES -
MARA P. CODEY[3]
JENNIFER E. PRESTI
SHAWNA A. BROWN[3]
BRIAN M. BLOCK[1]
JOSHUA M. GORSKY[3]
ELISABETE M. ROCHA
NICHOLAS J. WALTMAN[3]
EDWARD P. DABEK, JR.[3]
DEREK PREVETE

♦ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
✦ DESIGNATED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL LAW ATTORNEY
◂ CERTIFICATE; HEALTHCARE LAW COMPLIANCE
● COURT APPOINTED MEDIATOR
▼ REGISTERED U.S. PATENT ATTORNEY

1 MEMBER OF NJ & PA BAR
2 MEMBER OF NJ & FL BAR
3 MEMBER OF NJ & NY BAR
4 MEMBER OF NJ, NY & CA BAR
5 MEMBER OF NJ, NY & PA BAR
6 MEMBER OF NJ, NY & D.C. BAR
7 MEMBER OF NJ, D.C. & CA BAR
8 MEMBER OF NY BAR
9 MEMBER OF NJ, NY & CO BAR

CELEBRATING 88 YEARS
OF SERVICE TO OUR
CLIENTS AND COMMUNITY

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

Edison, NJ
Elizabeth, NJ
Eatontown, NJ
New York, NY
North Palm Beach, FL
Denver, CO

E-Mail: cburstein@lawfirm.ms
Ref. File # 28000-015

February 7, 2018

**VIA ECF**
Honorable Douglas E. Arpert
United States District Court
District of New Jersey
402 E State St
Trenton, NJ 08608

   Re: **Designs for Health, Inc. v. Ralph Moorehead, et al.**
      **Civil Action No.: 3:16-cv-06040-BRM-DEA**

Dear Judge Arpert:

Pursuant to your request during our telephonic conference on Monday, February 12, 2018, the following information may shed light on Ralph Moorehead's motion to quash the subpoena served upon him on January 11, 2018. Plaintiff objects to the motion in that this Court is not a proper venue to hear this matter. Moreover, it is my understanding, confirmed by Mr. Moorehead during the telephone conference, that he has filed a motion to quash in the Connecticut action where the Commission to take Out-of-State deposition originated. Attached as **Exhibit A** to this letter is a copy of the Motion for Commission as well as the Order granting the Commission. The papers in support of the motion for a commission describe the Connecticut action as an action between Designs for Health, Inc. (the plaintiff in this action) and Harris Moore, with whom Designs for Health had a business relationship.

On January 13, 2018, Mr. Moorehead was served with a *subpoena dues tecum* and *ad testificandum* pursuant to New Jersey Court Rule 4:11-4(b). Attached as **Exhibit B** is the Subpoena and Affidavit of Service. In response to being served with the subpoena, Mr. Moorehead filed a motion to quash in this Court. I spoke with Mr. Moorehead about him having



filed the motion in the federal court rather than the state court and told him that I believed it was filed in the wrong jurisdiction. I followed up that email with a letter attached as **Exhibit C**. In the meanwhile, Mr. Moorehead filed his motion to quash in the Connecticut action where the commission issued from. Attached as **Exhibit D**, an email dated January 19, 2018 advising that Mr. Moorehead filed an appearance and motion to quash in the Connecticut Superior Court case.

Certainly the Connecticut court is the best venue for a determination as to whether the information sought from Mr. Moorehead in that action is relevant to that action.

Respectfully,

Cheryl H. Burstein

cc:     Ralph Moorehead (via e-mail w/ encl.)