

BARRY R. MANDELBAUM
WILLIAM S. BARRETT³
LYNNE STROBER ◆
OWEN T. HUGHES²
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
MICHAEL A. SAFFER³
STEVEN A. HOLT⁵
DENNIS J. ALESSI⁶ ◄
JOSEPH J. PETERS
CRAIG W. ALEXANDER³
MARTIN D. HAUPTMAN
STUART GOLD³
CHERYL H. BURSTEIN⁴
ROBIN F. LEWIS³
RICHARD I. SIMON³
STEVEN I. ADLER
PETER H. TANELLA
DAVID S. CARTON■•
GORDON C. DUUS⁷
THOMAS W. ACKERMANN
RICHARD I. MILLER⁹
DANIEL J. BARKIN⁶
DOUGLAS I. EILENDER³
JEFFREY M. ROSENTHAL⁶
PETER A. LEVY³
MICHAEL F. BEVACQUA, JR.³
LAWRENCE C. WEINER³
MOHAMED H. NABULSI³
EDWARD J. ALBOWICZ³

ARLA D. CAHILL⁵
LAUREN X. TOPELSOHN³
CASEY GOCEL³
RONALD D. COLEMAN³
JOEL G. MacMULL⁸
VINCENT J. McGILL⁸
DAMIAN P. CONFORTI³
RAJ GADHOK³

- SENIOR COUNSEL -
YALE I. LAZRIS
JOSEPH J. DISCENZA+
CHARLES S. LORBER

- COUNSEL -
LISA FACTOR FOX³
ALAN L. SUSSMAN³
MANUEL R. GROVA, JR.
LAUREN A. CARNEVALE³
RYAN M. BUEHLER
MARC J. COMER⁵
JEFFREY E. GRABELLE¹
MARK ORENSTEIN⁸

IRVING MANDELBAUM (1906-1993)
RICHARD M. SALSBURG (1938-2011)
ROBERT W. GLUCK (1947-2013)
RICHARD L. SLAVITT (RET.)
RICHARD H. STEINBERG (RET.)

- OF COUNSEL -
HON. MICHAEL K. DIAMOND (RET.)
HON. ROBERT A. LONGHI (RET.)
HON. PAUL J. VICHNESS (RET.)
ALAN L. GLAZNER³
THOMAS V. HILDNER
VINCENT J. NUZZI³
MICHAEL L. KALMUS³
JAMES L. ESPOSITO
DEVANSHU L. MODI
LAURIE J. WOOG
JAMES T. ELLIOTT³
STEVEN L. POLAKOFF⁸
WILLIAM M. FETKY
HILARY L. BRUNELL
LAWRENCE B. GOODWIN▼
DAVID FLAXMAN¹⁰
RICHARD M. MILLER³
JONATHAN M. PETTY

- ASSOCIATES -
MARA P. CODEY³
JENNIFER E. PRESTI
SHAWNA A. BROWN³
BRIAN M. BLOCK¹
JOSHUA M. GORSKY³
ELISABETE M. ROCHA
NICHOLAS J. WALTMAN³
EDWARD P. DABEK, JR.³
DEREK PREVETE
ETHAN C. WELLS

♦ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ DESIGNATED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL LAW ATTORNEY
◄ CERTIFICATE; HEALTHCARE LAW COMPLIANCE
● COURT APPOINTED MEDIATOR
▼ REGISTERED U.S. PATENT ATTORNEY

1 MEMBER OF NJ & PA BAR
2 MEMBER OF NJ & FL BAR
3 MEMBER OF NJ & NY BAR
4 MEMBER OF NJ, NY & CA BAR
5 MEMBER OF NJ, NY & PA BAR
6 MEMBER OF NJ, NY & D.C. BAR
7 MEMBER OF NJ, D.C. & CA BAR
8 MEMBER OF NY BAR
9 MEMBER OF NJ, NY & CO BAR
10 MEMBER OF NY & CA BAR

CELEBRATING 88 YEARS
OF SERVICE TO OUR
CLIENTS AND COMMUNITY

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

Edison, NJ
Elizabeth, NJ
Eatontown, NJ
New York, NY
North Palm Beach, FL
Denver, CO

E-Mail: cburstein@lawfirm.ms
Ref. File # 28000-016

April 5, 2018

**VIA ECF**
Honorable Douglas E. Arpert
United States District Court
District of New Jersey
402 E State St
Trenton, NJ 08608

    Re:    Designs for Health, Inc. v. Ralph Moorehead, et al.
            Civil Action No.: 3:16-cv-06040-BRM-DEA

Dear Judge Arpert:

We are scheduled for an in-person conference on April 16, 2018. I writing to request an adjournment of a week or so since I will be out of the country the week of April 16 and will be back in the office on April 23, 2018. I have taken defendant Ralph Moorehead's deposition and am now in a position to enter into a stipulation of settlement with him.

I do not know, however, if we will complete what we need to do prior to my leaving. Because of the timing, I am requesting the short adjournment of the in-person conference. Should the conference be necessary, it would be more productive and make more sense for me to attend rather than send another lawyer from my firm who is not versed in this matter.

Thank you for your courtesies.

Respectfully yours,

Cheryl H. Burstein

cc:    Ralph Moorehead (via e-mail)